IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  **CRIMINAL NO. 1:23-cr-29-TBM-BWR**

**DRAESHUND KENAITAY MAGEE**

**ORDER**

This matter came before the Court on the Motion for Early Termination of Supervised Release [3] filed by Defendant Draeshund Kenaitay Magee on December 3, 2025. At the hearing on the Motion conducted on January 20, 2026, the Court, having considered Defendant's Motion, as well as the facts and circumstances of the case, the docket, the Presentence Investigation Report, the Judgment, and the Statement of Reasons, announced on the record its detailed findings and conclusions. The Court concluded that the Motion for Early Termination of Supervised Release [3] is DENIED. To be clear, the analysis and reasons for this finding were articulated from the bench by the Court at the hearing.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant Draeshund Kenaitay Magee's Motion for Early Termination of Supervised Release [3] is DENIED.

This, the 20th day of January, 2026.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE